# NO. 12-24-00284-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *MERVIN ANDRE SMITH,* *APPELLANT* | § | *APPEAL FROM THE 3RD DISTRICT* |
| *V.* | § | *COURT* |
| *VANDERBILT MORTGAGE AND FINANCE, INC., APPELLEE* | § | *HOUSTON COUNTY, TEXAS* |

---

*MEMORANDUM OPINION*
*PER CURIAM*

This appeal is being dismissed for failure to comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.3. Pursuant to Rule 32.1, Appellant Mervin Andre Smith's docketing statement was due to have been filed at the time the appeal was perfected, i.e., September 20, 2024.[1] On September 20, this Court requested that Appellant file a docketing statement within ten days if he had not already done so. Appellant did not file the docketing statement as requested.

On October 9, this Court issued a second notice advising Appellant that the docketing statement was past due. The notice further provided that unless the docketing statement was filed on or before October 21, the appeal would be presented for dismissal in accordance with Texas Rule of Appellate Procedure 42.3. The date for filing the docketing statement passed, and Appellant has not complied with the Court's request.

---

[1] Appellant is acting pro se in this appeal. Pro se litigants are held to the same standards as licensed attorneys and must comply with all applicable rules of procedure; otherwise, pro se litigants would benefit from an unfair advantage over parties represented by counsel. ***Muhammed v. Plains Pipeline, L.P.***, No. 12-16-00189-CV, 2017 WL 2665180, at *2 n.3 (Tex. App.—Tyler June 21, 2017, no pet.) (mem. op.).

Because Appellant failed, after notice, to comply with Rule 32.1, the appeal is *dismissed*.[2] *See* TEX. R. APP. P. 42.3(c) (after giving ten days' notice, appellate court may dismiss appeal because appellant failed to comply with a requirement of the appellate rules, a court order, or a notice from the clerk requiring a response or other action within a specified time).

Opinion delivered October 31, 2024.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

---

[2] We also note that Appellant has not corrected defects in the filing of his notice of appeal. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.017(a) (West Supp. 2019) (notice of appeal must be served on each court reporter responsible for preparing reporter's record).



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**OCTOBER 31, 2024**

**NO. 12-24-00284-CV**

**MERVIN ANDRE SMITH,**
Appellant
V.
**VANDERBILT MORTGAGE AND FINANCE, INC.,**
Appellee

Appeal from the 3rd District Court
of Houston County, Texas (Tr.Ct.No. 23-0109)

THIS CAUSE came on to be heard on the appellate record, and the same being considered, it is the opinion of this Court that the appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that this appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J*